**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DERRICK C.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendants.

Case No. 5:25-cv-01260-SPG (DTB)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment is entered REVERSING the decision of the Commissioner and REMANDING this action to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

**IT IS SO ORDERED.**

DATED: September 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE