JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

DERRICK C.,
Plaintiff,
v.
FRANK BISIGNANO, Commissioner of Social Security,
Defendant.

Case No. 5:25-cv-01260-SPG (DTB)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the Commissioner of Social Security is REVERSED and this action is REMANDED to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

DATED: September 2, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE